**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Morgan N. Gross, SBN 356387
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706
dmelton@porterscott.com
mngross@porterscott.com

Attorneys for Defendant
EXPEDIA INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA JELEZNAIA, In Pro Per<br><br>Plaintiff,<br><br>vs.<br><br>EXPEDIA INC.<br><br>Defendant. | CASE NO.: 2:25-CV-00172-TLN-AC<br><br>[~~PROPOSED~~] ORDER ON DEFENDANT EXPEDIA INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT<br><br>Complaint Filed: 07/19/2022 |

Defendant EXPEDIA INC. ("Defendant") filed an Ex Parte Application for Extension of Time for Defendant to File A Responsive Pleading to Plaintiff's Complaint. Having reviewed the matter and considered the arguments of the parties, the Court rules as follows:

**GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that:

1. The Ex Parte Application for Extension of Time is GRANTED.

2. Defendant's Responsive Pleading to Plaintiff's Complaint is due on February 18, 2025.

**IT IS SO ORDERED.**
DATED: January 21, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

{02524054.DOCX}   1
**[PROPOSED] ORDER ON DEFENDANT EXPEDIA INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**