UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA JELEZNAIA,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPEDIA INC.,<br><br>    Defendant. | No. 2:25-cv-00172-TLN-AC<br><br>**ORDER** |

Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On February 20, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 12.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 20, 2025, are ADOPTED IN FULL; and

2. This action is DISMISSED, without prejudice, for lack of prosecution and for failure to

comply with the Court's order.  *See* Fed. R. Civ. P. 41(b); Local Rule 110.

      3. The Clerk of Court is directed to close the case.

Date: April 30, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2